No. ——. STANLEY *v.* OHIO. Sup. Ct. Ohio. Application for bail denied.

No. ——. CUMMINGS *v.* CITY OF TOLEDO. Sup. Ct. Ohio. Application for stay denied.

No. ——. McKENZIE *v.* TEXAS. Ct. Crim. App. Tex. Motion of State of Texas to terminate petitioner's stay of execution denied. The papers filed on behalf of petitioner will be treated as a petition for writ of certiorari and placed on docket of this Court as No. 6623.

No. 31, Orig. UTAH *v.* UNITED STATES. Motion of the State of Utah for additional time to respond to exceptions of the United States to Report of Special Master granted. MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion. [For previous actions herein, see, *e. g.*, 400 U. S. 962.]

No. 44, Orig. TEXAS *v.* MITCHELL, ATTORNEY GENERAL, 400 U. S. 112. Motion of Dawn P. German for leave to intervene and to file petition for rehearing denied.

No. 507. CALIFORNIA DEPARTMENT OF HUMAN RESOURCES DEVELOPMENT ET AL. *v.* JAVA ET AL. Appeal from D. C. N. D. Cal. [Probable jurisdiction noted, 400 U. S. 877.] Motion of Stephen P. Berzon for leave to participate in oral argument *pro hac vice* granted.

No. 931. ENGELMAN, DIRECTOR, DIVISION OF PUBLIC WELFARE, DEPARTMENT OF INSTITUTIONS AND AGENCIES, ET AL. *v.* AMOS ET AL. Appeal from D. C. N. J. The Solicitor General is invited to file a brief expressing the views of the United States. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this matter.